Roig Commercial Bank, demandante y apelado, *v.* R. Riancho & Co. y Manuel Pascual, demandados y apelante el segundo.

No. 7265.—*Sometido:* Febrero 17, 1936. *Resuelto:* Febrero 27, 1936.

*A. Lamour*, abogado del apelante; *González Fagundo & González, Jr.*, abogados del apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

El apelado solicita la desestimación del recurso basado en que se apeló el 11 de julio de 1935 y nada se ha hecho desde entonces y porque el mismo es frívolo.

El apelante admite, según debe hacerlo, que hubo un juicio *ex parte* y se dictó sentencia en su contra por varias causas de acción. Sostiene, sin embargo, que el demandante originalmente, después de haberse contestado, solicitó sentencia sobre las alegaciones; que la corte no actuó sobre esta moción; que los demandados esperaban que se resolviera esta moción; que por eso no prestaron atención a la lectura del calendario general. La mayoría de estas cuestiones se hacen constar, no de certificaciones en los autos, sino mediante declaración jurada del letrado del apelante.

Tenemos la idea de que los letrados de determinada corte deben estar al tanto del calendario general cuando ha surgido una contienda en sus casos, pero según el apelado sostiene, cualquier cuestión de esta índole pudo haberse sometido a la corte de distrito en una moción de reconsideración, y hallamos apoyo para esta idea en el hecho de que la apelación envuelve una cuestión de notificación y ninguna parte de los autos se encuentra ante este tribunal a no ser a virtud de la declaración jurada del abogado del apelante.

Aun si pudiera suponerse que tenemos discreción para hacer caso omiso de la larga demora habida ante este tribunal y el apelante pudiera justificar su posición con respecto a la falta de notificación del señalamiento del caso, bajo las circunstancias expuestas no debemos ejercer tal discreción en su favor.

*Debe desestimarse el recurso.*

El Juez Asociado Señor Córdova Dávila no intervino.